IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VERZANI EDGE LLC, and KIMBERLY A. VERZANI, <br><br> Defendants. | **8:19CV332** <br><br> **ORDER** |

The court denied Defendants' motion to dismiss on February 4, 2020, (Filing No. 12), and no subsequent progression of this matter appears on the docket. The court most recently contacted the parties regarding case progression on March 25, 2020, to which a reply was not received. "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." NECivR 41.2. To date, no explanation has been provided to the court regarding the failure to litigate this matter.

Accordingly, IT IS ORDERED that Plaintiff shall have until April 17, 2020 to show cause why this case should not be dismissed for want of prosecution. See NECivR 41.2. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 3rd day of April, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge