UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> VERZANI EDGE LLC d/b/a THE HUDDLE SPORTS BAR, KIMBERLY A. VERZANI <br><br> Defendants. | CASE NO.: 8:19-cv-00332-JFB-CRZ |

## JOINT STIPULATION AND ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that Plaintiff JOE HAND PROMOTIONS, INC. dismisses With Prejudice its lawsuit against VERZANI EDGE LLC d/b/a THE HUDDLE SPORTS BAR and KIMBERLY A. VERZANI a/k/a KIMBERLY A. MARKER. The parties further stipulate that each shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

This 29th day of April, 2020.

/s/ Ryan R. Janis
Ryan R. Janis, Esquire
Jekielek & Janis LLP

*Attorneys for Plaintiff*

/s/ Daniel J. Epstein
Daniel J. Epstein, Esquire
Goosmann Law Firm

*Attorneys for Defendants*

IT IS SO ORDERED on this  30th  day of April, 2020

Joseph F. Bataillon
Senior United States District Judge

1